# United States Court of Appeals
## For the First Circuit

Nos.   08-2175
         08-2217

UNITED STATES OF AMERICA,

Appellee,

v.

ADOLFO VERDUGO and
RAFAEL FERNÁNDEZ-ROQUE,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on August 19, 2010, is amended as follows:

On page 22,  footnote 2, lines  5,  replace "Berghius, 130 S. Ct. at 2264" with "Berghuis v. Thompkins, 130 S. Ct. 2250, 2264 (2010)"